IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ABDUS SHAHID,** : | |
| : | **CIVIL ACTION NO. 22-1015** |
| **v.** : | |
| : | |
| **MARK POSSENTI** *et al.* : | |
| : | |

## ORDER

This 25th of May, 2022, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendants Mark Possenti and Darby Borough's Motion to Dismiss, ECF 6, is **GRANTED**. Plaintiff Abdus Shahid's Complaint is **DISMISSED** with prejudice.

/s/ Gerald Austin McHugh
United States District Judge